# Third District Court of Appeal

## State of Florida

Opinion filed July 29, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2639
Lower Tribunal No. 11-755
_____

**Jason Giller and Jamie Giller,**
Appellants,

vs.

**Brian Giller and Anita Grossman,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Jason B. Giller, for appellants.

Law Offices of Andrew B. Peretz, P.A., and Andrew B. Peretz and Jacob M. Resnick, for appellee Brian Giller; and William C. Hearon, for appellee Anita Grossman.

Before SUAREZ, C.J., and ROTHENBERG and EMAS, JJ.

ROTHENBERG, J.

Jason and Jamie Giller appeal the trial court's order allowing Anita Grossman, as trustee, to make a distribution of trust assets to their father, Brian Giller, and finding that Grossman did not need the court's approval to make the distribution she had already decided to make. The order from which Jason and Jamie Giller appeal appears on its face to be permissive rather than mandatory in nature, and we are unable to determine that the trial court erred in allowing the distribution of assets without the benefit of a transcript from the relevant hearing on the issue, Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).[1] We accordingly affirm the order on appeal.

Affirmed.

---

[1] Because the court reporter was unavailable for the hearing, the appellants should have prepared a statement of the evidence or proceedings for this Court to review in lieu of an official transcript. Fla. R. App. P. 9.200(b)(4).